**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
FRANKIE J. DELGARDO,

                        Plaintiff,                          20 **CIVIL** 6078 (JLC)

      -v-                                                **JUDGMENT**

ANDREW SAUL,

                        Defendant.
----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in

the Court's Stipulation and Order dated March 11, 2021, that the decision of the Commissioner

of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to

the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further

administrative proceedings.


**Dated:**  New York, New York
        March 11, 2021

                                       **RUBY J. KRAJICK**
                                _____
                                      **Clerk of Court**
                **BY:**
                                      **Deputy Clerk**